# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

Elijah Leroy Neal

WARRANT FOR ARREST

08-436-M-01

Case No. PJM-97-0359

FILED
JUL 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Elijah Leroy Neal and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of Court   ☐ Violation Notice   ☒ Petition on Supervised Release

charging him/her with (brief description of offense)

ALLEGED VIOLATION OF SUPERVISED RELEASE
(SEE ATTACHED)

in violation of Title United States Code, Section(s) _____

| Felicia C. Cannon | Clerk, United States District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* (By) Deputy Clerk | June 13, 2006    Greenbelt, Maryland |
| | Date and Location |

Bail fixed at $ No Recommendation     by Peter J. Messitte, United States District Judge
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

3/5/15

United States District Court
for the
DISTRICT OF MARYLAND

JUN 1 2 2006

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                                      DEPUTY

U.S.A vs NEAL, Elijah            08-436-M-01        Docket No.:
                                                    PJM-97-0359

Petition on Supervised Release

COMES NOW Debbie Hopkins-Downs PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Elijah Neal, who was placed on supervision for Bank Robbery by the Honorable Peter J. Messitte, U. S. District Judge, sitting in the Court at Greenbelt, Maryland, on the 30th day of December, 1997 who fixed the period of supervision at 78 months, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant is instructed to pay a special assessment in the amount of $100.
2. The defendant is instructed to participate in drug aftercare.
3. The defendant is instructed to pay restitution in the amount of $1080.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

WHEREAS   Mr. Neal has engaged in new criminal activities. On May 7, 2006, Mr. Neal was arrested in the District of Columbia and charged with Possession of a Prohibited Weapon (12 gauge shotgun). This is in violation of the condition of supervised release that state that Mr. Neal will not commit/incur any new arrests/crimes.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued requiring Elijah Neal to appear before this Court for a hearing on violation of supervised release.

ORDER OF COURT
Considered and ordered as prayed this ___ day of
JUNE, 2006 and ordered filed and made a part of the
records in the above case. HELD ON
                                 NO-BENCH STATUS

_____
Peter J. Messitte
U.S. District Judge

Respectfully,

_____
Debbie Hopkins-Downs, Probation Officer

Place _____ Greenbelt, Maryland _____
Date  _____ June 7, 2006 _____

U.S. Probation and Pretrial Services
# MEMORANDUM

RECEIVED IN THE CHAMBERS OF
PETER J MESSITTE

JUN 12 2006

UNITED STATES DISTRICT JUDGE

08 - 436 M - 01

DATE: June 7, 2006

TO: The Honorable Peter J. Messitte
U.S. District Judge

FROM: Debbie Hopkins-Downs
U.S. Probation Officer
(301) 344-3779

RE: NEAL, Elijah
Docket No.: PJM-97-0359
Exp. Date: May 12, 2008

SUBJECT: Notice of Violation - Warrant Requested

I am attaching a violation report from United States Probation Officer Stanley Funches, in the District of Columbia advising of the latest developments regarding Mr. Neal. I am also attaching a petition on supervised release requesting a warrant. I respectfully request that Your Honor consider the recommended action and return a signed copy to the Probation Office. If you need further information, please do not hesitate to contact this officer.

It should be noted that Mr. Neal last appeared before Magistrate Judge Charles Day. As documentation was presented that charges against him were nolle prossed on January 20, 2006, he was warned and reprimanded about his failure to inform probation as to his whereabouts. Judge Day contacted Your Honor, who agreed to withdraw the petition and Mr. Neal was restored to supervision.

Mr. Neal resides                                                                 He was represented at sentencing and at the last violation hearing by John Chamble, 6411 Ivy Lane, Suite 710, Greenbelt, Maryland. The Government was represented at sentencing by Odessa Jackson, U.S. Courthouse, Suite 400, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

Attachments

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
PROBATION OFFICE

RICHARD A. HOUCK, JR.
CHIEF UNITED STATES PROBATION OFFICER

E. BARRETT PRETTYMAN U.S. COURTHOUSE
333 CONSTITUTION AVENUE N.W., SUITE 2800
WASHINGTON, D.C. 20001-2866
TELEPHONE (202) 565-1300

08-436-M

May 22, 2006

William F. Henry, Chief
United States Probation Officer
United States Probation Office
9200 Edmonston Road, Suite 200
Room 400
Greenbelt, Maryland 20770

Re:  NEAL, Elijah
     Docket Number: PJM 97-0359
     REARREST: Request a Course of Action

Dear Chief Henry:

On December 30, 1997, Elijah Neal appeared before the Honorable Peter J. Messitte, United States District Judge for the District of Maryland, for sentencing having pled guilty to Bank Robbery, in violation of 18 U.S.C §§ 2113(a)(f). He was sentenced to 78 months of imprisonment, to be followed by three years of supervised release. The following special conditions were imposed: 1) defendant shall submit to evaluation and participate in any substance abuse program, as directed by the probation office; and 2) defendant shall pay restitution in the amount of $1,080.00 and a $100.00 special assessment. Mr. Neal's supervision commenced on May 13, 2005, and is scheduled to expire on May 12, 2008.

ISSUE: The purpose of this report is to advise your district that Mr. Neal is charged with the following violation of supervised release:

1)   Mr. Neal has engaged in new criminal activities.

NEAL, Elijah
Docket Number: PJM 97-0359
Page 2

On May 7, 2007, Mr. Neal was arrested by the Washington D.C. Metropolitan Police Department in the 700 block of 18th Street, N.E., Washington, D.C., and charged with Possession of Prohibited Weapon. On March 7, 2006, the police stopped Elijah Neal who was driving a white Mercedes Benz that, according to the statement of fact, was in clear violation of the Window Tint Act and had an inoperative brake light on the driver's side. Mr. Neal stopped in the middle of the road instead of pulling to the side. He appeared extremely nervous when asked for his driver's license, registration, and insurance card. Mr. Neal's hands was shaking, his speech was stuttered and he had a hard time removing his driver's license from his wallet. When asked by police why he was nervous, Mr. Neal responded, "The police always make me nervous." While asking Mr. Neal if they could search his vehicle, police observed what appeared to be a pistol grip protruding from a red cloth that was directly behind the driver's seat. The police asked Mr. Neal if they could search his vehicle. He responded, "Why." Mr. Neal was removed from the vehicle. The police entered the vehicle and confirmed that it was a gun and Mr. Neal was placed under arrest. The gun was a 12 gauge shotgun, Model 1100, wrapped in a red sweatshirt. The wooden grip of the gun had been sawed off and wrapped with duct tape, and the barrel was also sawed off. The length of the barrel measured at 15 1/2 inches. Mr. Neal was transported to the First Police District for processing.

On May 15, 2006, at a preliminary hearing, Mr. Neal's case was held for the Grand Jury. His bond was set at $1000 cash. On May 22, 2006, it was confirmed that Mr. Neal is still being held at the Washington D.C. Jail. All of the aforementioned events occurred within Washington, D.C.

**SUPERVISION ADJUSTMENT:** Mr. Neal's adjustment to supervision was satisfactory until the new arrest. He reports as scheduled and has paid both his restitution and special assessment in full. Mr. Neal is currently employed at
counter. He lives in a house

**RECOMMENDATION:** Based on Mr. Neal's new arrest, we request that a hearing on violation of supervision be scheduled.

Sincerely,

UNITED STATES PROBATION OFFICE

Stacy Funches
United States Probation Officer
(202) 565-1370