AO 94 (Rev. 8/85) Commitment to Another District

**FILED**
JUL 15 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

_Forthwith_

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Elijah L. Neal

## COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: 08-436M

The defendant is charged with a violation of __18__ U.S.C. __2113__ alleged to have been committed in the __Greenbelt__ District of __Maryland__

Brief Description of Charge(s):

Violation of Supervised Release
(Poss. of Prohibited Weapon)

Bank Robbery

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

7/15/08
Date

_[signature]_
Judicial Officer

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |